# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

LUIS RIOS-COLON
(a/k/a Junior)

WARRANT FOR ARREST

Case Number: 05M-1049-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Luis Rios-Colon (a/k/a Junior)**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  ☒ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH (brief description of offense)

**possession with intent to distribute and distribution of heroin**

in violation of Title __21__ United States Code, Section(s) __841__.

Judith Gail Dein                              US Magistrate Judge
Name of Issuing Officer                       Title of Issuing Officer

Judith Gail Dein                              Boston, MA; February 28, 2005
Signature of Issuing Officer                  Date and Location

Bail fixed at $ _____        BY _____

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 FEB 28 P 3: 10

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | EXECUTED BY DCIT ST/ARRAIGNMENT OF THE DEFENDANT ON 3/21/05 | |