UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No 05-10086-RGS |
| ) | |
| ) | VIOLATIONS: |
| ) | 21 U.S.C. § 846 - |
| v.                         ) | Conspiracy to Possess |
| ) | With Intent to Distribute |
| 1. CLAUDIO VILLAR,         ) | And to Distribute Heroin |
|     a/k/a Luis Rios-Colon, ) | |
|     a/k/a Junior,          ) | 21 U.S.C. § 841 - |
| ) | Possession With Intent to |
|     Defendant.             ) | Distribute and Distribution |
| ) | of Heroin |

**INDICTMENT**

**COUNT ONE:**   (21 U.S.C. § 846 - Conspiracy to Possess With Intent To Distribute and to Distribute Heroin)

The Grand Jury charges that:

Beginning on a date unknown to the Grand Jury, but no later than in or about June, 2004 and continuing to on or about March 1, 2005, at Boston, in the District of Massachusetts,

**1. CLAUDIO VILLAR,**
    **a/k/a Luis Rios-Colon,**
    **a/k/a Junior,**

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with others, known and unknown to the Grand Jury, to possess with intent to distribute and to distribute heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved at least 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(i) is applicable to this Count.

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>:        (21 U.S.C. § 841(a)(1) - Distribution and
                       **Possession With Intent To Distribute Heroin**)

The Grand Jury further charges that:

On or about June 9, 2004, at Boston, in the District of Massachusetts,

        **1. CLAUDIO VILLAR,**
            **a/k/a Luis Rios-Colon,**
            **a/k/a Junior,**

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute, heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT THREE</u>:    (21 U.S.C. § 841(a)(1) - Distribution and
                     Possession With Intent To Distribute Heroin)

The Grand Jury further charges that:

On or about September 2, 2004, at Boston, in the District of Massachusetts,

                    1. **CLAUDIO VILLAR,**
                         **a/k/a Luis Rios-Colon**
                         **a/k/a "Junior,"**

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute, heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT FOUR</u>:      (21 U.S.C. § 841(a)(1) - Distribution and
                       Possession With Intent To Distribute Heroin)

The Grand Jury further charges that:

On or about September 28, 2004, at Boston, in the District of Massachusetts,

        1.  CLAUDIO VILLAR
            a/k/a Luis Rios-Colon,
            a/k/a Junior,

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute, heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT FIVE</u>:     (21 U.S.C. § 841(a)(1) - Distribution and
                      Possession With Intent To Distribute Heroin)

The Grand Jury further charges that:

On or about December 16, 2004, at Boston, in the District of Massachusetts,

    1.    **CLAUDIO VILLAR**,
          a/k/a Luis Rios-Colon,
          a/k/a "Junior,"

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute, heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

<u>COUNT SIX</u>:        (21 U.S.C. §841(a)(1) - Distribution and
                     Possession With Intent To Distribute Heroin)

The United States Attorney charges that:

On or about February 9, 2005, at Boston, in the District of Massachusetts,

        1.   **CLAUDIO VILLAR**,
            a/k/a **Luis Rios-Colon**,
            a/k/a **Junior**,

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute, heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853 - Criminal Forfeiture)

The Grand Jury further charges that:

1. As a result of committing one or more of the offenses alleged in Counts One through Six of this indictment,

    **1. CLAUDIO VILLAR,**
        **a/k/a Luis Rios-Colon,**
        **a/k/a Junior,**

defendant herein, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses, including, but not limited to, $10,000.00, in United States funds, which the defendant received in exchange for narcotics.

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
LISA M. ASIAF
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; March MAR 30 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

@ 11:45 AM
3/30/05

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

Place of Offense: __Boston__                 Category No. __II__                 Investigating Agency __DEA__

City __Boston__                               Related Case Information: 05-CR-10086-RGS

County __Suffolk__                            Superseding Ind./ Inf. _____ Case No. _____
                                              Same Defendant _____ New Defendant _____
                                              Magistrate Judge Case Number  __05M-1049-JGD__
                                              Search Warrant Case Number _____
                                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Claudio Villar__                                  Juvenile  ☐ Yes  ☒ No

Alias Name __a/k/a Luis Rios-Colon; a/k/a Junior__

Address __60 Cheney Street, Apt. 1, Dorchester, MA__

Birth date (Year only): __1981__  SSN (last 4 #): _____  Sex __M__  Race: __Hispanic__  Nationality: __Dominican__

Defense Counsel if known:  __William Keefe, Esq.__         Address: __390 Centre Street__
                                                                    __Jamaica Plain, MA 02130__
Bar Number: __556817__

**U.S. Attorney Information:**

AUSA __Lisa M. Asiaf__                              Bar Number if applicable __634636__

Interpreter:  ☒ Yes  ☐ No         List language and/or dialect:  __Spanish__

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

Arrest Date: __March 1, 2005__

☒ Already in Federal Custody as __of March 1, 2005__ in __USMS__
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:     ☐ Complaint     ☐ Information     ☒ Indictment

Total # of Counts:     ☐ Petty     ☐ Misdemeanor     ☒ Felony __6__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __March 30, 2005__       Signature of AUSA: __Lisa M. Asiaf__   /s/ Lisa M. Asiaf

≤JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Claudio Villar, a/k/a Luis Rios-Colon, a/k/a Junior

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. §846 | Conspiracy to Distribute heroin | 1 |
| Set 2  21 U.S.C. §841(a)(1) | Distribution of heroin | 2-6 |
| Set 3  21 U.S.C. §853 | Criminal Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**