UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CLAUDIO VILLAR, )<br>    a/k/a Luis Rios-Colon, )<br>    a/k/a Junior, )<br>        Defendant. )<br>) | Crim. No. 05-10086-RGS<br>Mag. Judge No. 05-01049-JGD |

## ASSENTED TO MOTION TO CONTINUE INITIAL STATUS CONFERENCE

The defendant, Claudio Villar, a/k/a Luis Rios-Colon, a/k/a Junior, with the assent of the United States, hereby moves to continue the Initial Status Conference currently set for May 23, 2005, at 11:30 a.m. until Monday, June 6, 2005, at 2:45 p.m. In support of this motion, the defendant states that: (1) his attorney, William Keefe, Esq., is currently on trial in a murder case in Connecticut, (2) defendant agrees to exclude the time caused by the requested continuance for all Speedy Trial Act calculations, and (3) the undersigned counsel for the government assents to this motion.

WHEREFORE, the defendant, Claudio Villar, a/k/a Luis Rios-Colon, a/k/a Junior, with the assent of the United States, respectfully requests this Honorable Court to continue the Initial Status Conference in this matter until Monday, June 6, 2005, at 2:45 p.m.

        Respectfully submitted,
        COUNSEL FOR CLAUDIO VILLAR,


        ___*/s/ William Keefe*_____
        William Keefe, Esq.
        390 Centre Street
        Jamaica Plain, MA 02130
        Tel: (617) 983-9200

ASSENTED TO:

MICHAEL J. SULLIVAN
United States Attorneys,


By:  */s/ Lisa M. Asiaf*
      LISA M. ASIAF
      Assistant U.S. Attorney
      One Courthouse Way
      Boston, MA 02210
      Tel: (617) 748-3268


May 23, 2005