UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10086-RGS

UNITED STATES OF AMERICA

v.

CLAUDIO VILLAR

**FURTHER ORDER ON EXCLUDABLE TIME**

May 24, 2005

DEIN, M.J.

An Initial Status Conference was scheduled before this Court for May 23, 2005.

The defendant, with the assent of the government, has requested a continuance due to

a scheduling conflict.  In accordance with the agreement of the parties, this court orders

the following period of time excludable from the time period within which trial must

commence:

May 9, 2005 - June 6, 2005

that being the period between the expiration of the initial order on excludable time and

the date of the Initial Status Conference as rescheduled.

**The Initial Status Conference has been rescheduled for June 6, 2005 at 2:45**

**P.M.  Counsel for the respective parties shall file a Joint Memorandum**

**addressing the matters set forth in LR 116.5(A)(1) through (7) before the close of**

**business no less than THREE business days prior to that Status Conference.  In**

**addition, the parties shall include in the Joint Memorandum not only the periods**

of excludable time that are applicable, but also the amount of time remaining

under the Speedy Trial Act before trial must commence.


         / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge