UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                                      DOCKET NO: 05-10086RGS

CLAUDIO VILLAR

## MOTION TO CONTINUE

Now comes the undersigned counsel of record on behalf of the defendant and respectfully requests that the Court continue the present date of July 18, 2005. As grounds therefore, the undersigned states that he will be on vacation in Alaska the week of July 18, 2005, and will be unable to attend court. The undersigned is suggesting these following dates: August 8, 9, 15 or 16, 2005.

Respectfully submitted,
CLAUDIO VILLAR
By his lawyer,

7/14/05
Date

WILLIAM KEEFE
BBO # 556817
390 Centre Street
Jamaica Plain, MA 02130
Telephone (617) 983-9200
Facsimile (617) 983-0733

## CERTIFICATE OF SERVICE

I, William Keefe, hereby certify that a copy of the enclosed Motion to Continue was sent to Lisa Asiaf, the Assistant United States Attorney, at the Office of the U.S. Attorney, One Courthouse Way, Ninth Floor, Boston MA, 02201, on July 14, 2005, by hand delivery.

_____
William Keefe