UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>CLAUDIO VILLAR,  )<br>  a/k/a Luis Rios-Colon,  )<br>  a/k/a Junior,  )<br>        Defendant.  )<br>) | Crim. No. 05-10086-RGS |

**GOVERNMENT'S CERTIFICATION OF
TIMELY ACCEPTANCE OF RESPONSIBILITY**

The United States of America, through the undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b) that the defendant, Claudio Villar, a/k/a Luis Rios-Colon, a/k/a "Junior," notified the government of his intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial. Based on that fact, the government requests that Villar be awarded a three (3) level reduction for acceptance of responsibility.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   */s/ Lisa M. Asiaf*
      LISA M. ASIAF

August 16, 2005        Assistant U.S. Attorney
                       Tel: (617) 748-3268

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served a true and accurate copy of the foregoing document to the defendant's counsel of record, William Keefe, Esq., by hand.

                                          ***/s/ Lisa M. Asiaf***
                                      LISA M. ASIAF
                                      Assistant U.S. Attorney